UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. PAUL TERRION and JODY EBERHART, and on behalf of the STATES of CALIFORNIA, DELAWARE, FLORIDA, HAWAII, ILLINOIS, INDIANA, IOWA, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, VERMONT, the Commonwealth of MASSACHUSETTS, the Commonwealth of VIRGINIA, the Commonwealth of PUERTO RICO, the DISTRICT OF COLUMBIA, the City of CHICAGO, the City of HALLANDALE BEACH, BROWARD COUNTY, and MIAMI-DADE COUNTY,<br><br>    Plaintiffs,<br><br>v.<br><br>POINT BLANK ENTERPRISES, INC., JLL PARTNERS, LLC, SUN CAPITAL PARTNERS, INC., RIVAL TECHNOLOGIES, LLC, GALLS, LLC, JOHN DOES NOS. 1-50, FICTITIOUS NAMES,<br><br>    Defendants. | CASE NO.  1:19-cv-03581 BAH<br><br>FILED UNDER SEAL |

**THE UNITED STATES OF AMERICA'S NOTICE OF ELECTION TO
<u>DECLINE INTERVENTION</u>**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

- 1 -

Counsel for the United States, who does not represent the states and other entities named as plaintiffs, is informed that the States of California, Massachusetts, Minnesota, North Carolina, New Jersey, New York, and Virginia also will decline to intervene and that the states of Illinois and Indiana are likely to decline to intervene but have not yet completed their internal authority processes. Counsel for the United States has had no contact from the following plaintiff entities during the investigation: Delaware, Florida, Hawaii, Iowa, Montana, New Mexico, Oklahoma, Rhode Island, Tennessee, Vermont, the Commonwealth of Puerto Rico, the District of Columbia, the City of Chicago, the City of Hallandale Beach, Broward County, and Miami-Dade County.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the Relators to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id. Therefore, the United States requests that, should either the Relators or the defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the Relators' action or claim. The United States also requests that it be served with all notices of appeal.

Finally, the Government requests that the Relators' Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Dated: February 8, 2022
      Washington, DC

                            Respectfully submitted,

                            BRIAN M. BOYTON
                            ACTING ASSISTANT ATTORNEY GENERAL

                            MATTHEW GRAVES
                            United States Attorney

                            BRIAN P. HUDAK
                            Acting Chief, Civil Division

                            BY:
                            /s
                            BENTON G. PETERSON, BAR # 1029849
                            Assistant United States Attorney
                            555 4th Street, N.W. – Civil Division
                            Washington, D.C. 20530
                            (202) 252-2534

                            _____

                            JAMIE ANN YAVELBERG
                            SARA MCLEAN
                            ALICIA J. BENTLEY
                            ATTORNEYS
                            U.S. Department of Justice
                            Commercial Litigation Branch
                            P.O. Box 261
                            Ben Franklin Station

Washington, D.C. 20044
Tel:    202-616-9854
Fax:    202-305-7797

Attorneys for the United States of America

-3-
## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Notice to be served upon Relator's Counsel via Certified Mail at the following address:

W. Scott Simmer
Noah M. Rich
BARON & BUDD, P.C.
600 New Hampshire Ave. NW, 10111 Floor
Washington, DC 20037


\_\_\_/s_____
BENTON PETERSON
ASSISTANT UNITED STATES ATTORNEY