IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* PAUL TERRION and JODY EBERHART, *et al.*, | Civil Action No.: 1:19-cv-3581 |
| *Plaintiffs/Relators*, | Judge Florence Y. Pan |
| v. | |
| POINT BLANK ENTERPRISES, INC., *et al.*, | |
| *Defendants*. | |

## ENTRY OF APPEARANCE

Please enter the appearance of Noah M. Rich as counsel for Plaintiffs/Relators Paul Terrion and Jody Eberhart in the above-captioned matter. I certify that I am admitted to practice in this Court.

Date: May 9, 2022

Respectfully submitted,

_____
Noah M. Rich, Bar # 1033799
**BARON & BUDD, P.C.**
600 New Hampshire Avenue NW, 10th Fl.
Washington, DC 20037
nrich@baronbudd.com
Telephone: (202) 333-4562
Facsimile: (202) 337-1039

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2022, a copy of the foregoing Entry of Appearance was served on all counsel of record via this Court's CM/ECF filing system.

*/s/ Noah M. Rich*
Noah M. Rich