UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* PAUL TERRION *et al.*, <br><br>　　　　　Plaintiffs/Relators, <br><br>　　v. <br><br>POINT BLANK ENTERPRISES, INC., et al., <br>2102 SW 2nd Street <br>Pompano Beach, FL 33069 <br><br>　　　　　Defendants. | Civil Action No. 19-3581 (FYP) |

**JOINT MOTION FOR ENLARGEMENT OF THE TIME FOR RESPONDING TO THE COMPLAINT, AND FOR THE FILING OF AN AMENDED COMPLAINT**

Plaintiffs/Relators Paul Terrion et. al ("Plaintiffs/Relators"), and Defendant Point Blank Enterprises, Inc. ("Point Blank"), by and through undersigned counsel, jointly and respectfully submit the following motion to set a date by which an amended complaint may be filed in this action, and then a corresponding date for a response to any such amended complaint by Point Blank.

1.　　This case is brought under the federal False Claims Act, 31 U.S.C. §§ 3729 et seq., and various state false claims statutes.

2.　　On February 8, 2022, the United States filed a notice of election to decline intervention. ECF No. 8.

3.　　On February 9, 2022, the Court ordered that the seal be lifted, and the complaint be served. ECF No. 9.

4.　　Counsel for Plaintiffs/Relators provided a copy of the complaint and a waiver of service form to counsel for Point Blank on April 22, 2022 pursuant to Fed. R. Civ. Proc. 4(d),

1

which counsel for Point Blank executed and returned.  Counsel for Plaintiffs/Relators filed that waiver with the Court on May 9, 2022.  ECF. No. 10.  Currently, then, a response to the complaint would be due from Point Blank on or before June 21, 2022.

5. Counsel for Plaintiffs/Relators has not served any other party defendants, and currently does not intend to do so.

6. Counsel for Plaintiffs/Relators is, however, contemplating the potential amendment of the complaint.  Point Blank does not wish to expend resources preparing to respond to a complaint that may then be amended and therefore not be the operative pleading.  Accordingly, in order to conserve resources, avoid duplicative and unnecessary effort, and move forward in a logical fashion, the parties desire to set dates by which an amended complaint could be filed, and then for Point Blank to respond to any such amended complaint.

7. The parties propose any amended complaint be filed by counsel for Plaintiffs/Relators by July 5, 2022.

8. The parties propose that Point Blank's response date then be fifty-eight days after that, or on or before September 1, 2022.

9. For the forgoing reasons, the parties respectfully request that the Court enter an order providing: (a) that any amended complaint be filed by counsel for Plaintiffs/Relators on or before July 5, 2022; and (b) that the date by which Point Blank is to respond to the complaint be extended until September 1, 2022.

Dated: May 25, 2022
       Washington, DC

                                    Respectfully submitted,

| */s/ Brad Fagg* | */s/ W. Scott Simmer* |
|---|---|
| Brad Fagg, DC Bar No. 433645 | W. Scott Simmer, DC BAR No. 460726 |
| brad.fagg@morganlewis.com | ssimmer@baronbudd.com |
| Morgan, Lewis & Bockius LLP | Baron & Budd, P.C. |
| 1111 Pennsylvania Ave. NW | 600 New Hampshire Avenue, N.W., 10th Floor |
| Washington, DC 20004 | Washington, D.C. 20037 |
| (202) 739-3000 | (202) 333-7352 |
| *Attorneys for Defendant* | *Attorneys for Plaintiffs/Relators* |
| *Point Blank Enterprises, Inc.* | |