UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* PAUL TERRION *et al.*,<br><br>Plaintiffs/Relators,<br><br>v.<br><br>POINT BLANK ENTERPRISES, INC., et al.,<br><br>Defendants. | Civil Action No. 19-3581 (FYP) |

**[PROPOSED] ORDER REGARDING SCHEDULE**

Upon consideration of the Joint Motion for Enlargement of Time for Responding to the Complaint, and For the Filing of an Amended Complaint, by Plaintiffs/Relators Paul Terrion et. al ("Plaintiffs/Relators"), and Defendant Point Blank Enterprises, Inc. ("Point Blank"), it is hereby ORDERED:

1. That the motion is GRANTED.

2. That any amended complaint be served by Plaintiffs/Relators on or before July 5, 2022; and

3. That the date for Point Blank to respond to the complaint in this action be extended until on or before September 1, 2022.

SO ORDERED,

                                                  FLORENCE Y. PAN
                                                  United States District Judge