IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* PAUL TERRION and JODY EBERHART, *et al.*,<br><br>*Plaintiffs/Relators*,<br><br>v.<br><br>POINT BLANK ENTERPRISES, INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:19-cv-3581<br><br>**PLAINTIFFS'/RELATORS' NOTICE OF VOLUNTARY DISMISSAL** |

### PLAINTIFFS'/RELATORS' NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs/Relators Paul Terrion and Jody Eberhart ("Relators"), pursuant to Fed. R. Civ. P. Rule 41(a)(1), hereby dismiss without prejudice all causes of action brought on behalf of the City of Hallandale Beach (Count XXVII of the Complaint), Broward County (Count XXVIII of the Complaint), and Miami-Dade County (count XXIX of the Complaint).

Dated: July 5, 2022

Respectfully submitted,

*/s/ Noah M. Rich*

Noah M. Rich, DC Bar No. 1033799
BARON & BUDD, P.C.
600 New Hampshire Ave. NW, 10th Floor
Washington, D.C. 20037
nrich@baronbudd.com
(202) 333-7109
*Counsel for Plaintiffs/Relators*

### CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2022, a copy of the foregoing Notice of Voluntary Dismissal was served on all counsel of record via this Court's CM/ECF filing system, and that I caused a copy of the foregoing motion to be served via first-class mail on all parties not registered with the Court's CM/ECF filing system.

*/s/ Noah M. Rich*
Noah M. Rich