# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* PAUL TERRION and JODY EBERHART, *et al.*<br><br>*Plaintiffs/Relators*,<br><br>v.<br><br>POINT BLANK ENTERPRISES, INC. *et al.*,<br><br>*Defendants*. | Civil Action No. 1:19-cv-3581<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL OF CERTAIN CLAIMS** |

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL OF CERTAIN CLAIMS

Upon review of Plaintiffs'/Relators' Unopposed Motion for Voluntary Dismissal of Certain Claims, and good cause appearing therefrom, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that all claims against Defendants JLL Partners, LLC, Sun Capital Partners, Inc., Rival Technologies, LLC, and Galls, LLC are DISMISSED WITHOUT PREJUDICE; and it is further

ORDERED that all claims pursuant to the Oklahoma Medicaid False Claims Act (Count XX of the original Complaint) are DISMISSED WITHOUT PREJUDICE; and it is further

ORDERED that all claims pursuant to the Chicago False Claims Ordinance (Count XXVI of the original Complaint) are DISMISSED WITHOUT PREJUDICE; and it is further

ORDERED that the First Amended Complaint is accepted for filing.

Date: _____                    _____
                                                                                        The Hon. Florence Y. Pan
                                                                                        United States District Judge