IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
-----------------------------------------------  x
UNITED STATES OF AMERICA ex rel.                 )   Case No. 1:19-cv-03581-FYP
PAUL TERRION and JODY EBERHART, and              )
on behalf of the STATES of CALIFORNIA,           )
DELAWARE, FLORIDA, HAWAII, ILLINOIS,             )
INDIANA, IOWA, MINNESOTA, MONTANA,               )
NEVADA, NEW JERSEY, NEW MEXICO,                  )
NEW YORK, NORTH CAROLINA, RHODE                  )
ISLAND, TENNESSEE, VERMONT, the                  )
Commonwealth of MASSACHUSETTS, the               )
Commonwealth of VIRGINIA, the                    )
Commonwealth of PUERTO RICO, the                 )
DISTRICT OF COLUMBIA,                            )

        Plaintiffs/Relators,
v.

POINT BLANK ENTERPRISES, INC.                        ORAL ARGUMENT REQUESTED
2102 SW 2nd Street
Pompano Beach, FL 33069,

and

JOHN DOES NOS. 1-50, FICTITIOUS NAMES,

        Defendants.
-----------------------------------------------  x
```

**DEFENDANT POINT BLANK ENTERPRISES, INC'S
<u>MOTION TO DISMISS RELATORS' FIRST AMENDED QUI TAM COMPLAINT</u>**

Defendant Point Blank Enterprises, Inc. ("Point Blank"), by and through its undersigned counsel, respectfully moves this Court to dismiss Relators' First Amended *Qui Tam* Complaint (the "Amended Complaint") with prejudice for failure to plead with particularity and failure to state a claim upon which relief may be granted, pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6),

For the reasons set forth in Point Blank's accompanying memorandum of points and authorities, the Amended Complaint should be dismissed. Furthermore, given the incurable

nature of the pleading deficiencies, and the many years and opportunities that Relators' counsel have had to try to refine their claims—including amending once as of right in this action—the dismissal should be with prejudice, and without leave to amend.

**WHEREFORE**, Point Blank respectfully requests the Court grant Point Blank's motion to dismiss in its entirety, enter the Proposed Order submitted herewith, and award such other and further relief as the Court deems proper.

Dated this 1st day of September, 2022.   /s/ Brad Fagg
Brad Fagg (#433645)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., N.W.
Washington, DC 20004
Tel: (202) 739.3000
Fax: (202) 739-3001
brad.fagg@morganlewis.com

Michael J. Ableson (*pro hac vice* forthcoming)
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Tel: (212) 309-6000
Fax: (212) 309-6001
michael.ableson@morganlewis.com

Leonard K. Samuels (*pro hac vice* forthcoming)
BERGER SINGERMAN LLP
201 East Las Olas Boulevard, Suite 1500
Fort Lauderdale, FL 33301
Tel: (954) 525-9900
Fax: (954) 523-2872
LSamueals@bergersingerman.com

*Counsel for Defendant Point Blank Enterprises, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of September, 2022, a true and correct copy of the foregoing was filed electronically with CM/ECF system, which caused notification of such filing to be sent to counsel of record.

*/s/ Brad Fagg*
Brad Fagg