UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. PAUL TERRION and JODY EBERHART, *et al*,<br><br>    Plaintiffs,<br><br>v.<br><br>POINT BLANK ENTERPRISES, INC., *et al,*<br><br>    Defendants. | CASE NO. 1:19-CV-03581 (FYP) |

**THE ATTORNEY GENERAL'S NOTICE OF ELECTION NOT TO PROCEED AND REQUEST FOR CONTINUED SERVICE OF PLEADINGS AND PAPERS**

The State of Florida Department of Legal Affairs (the "State of Florida") respectfully notifies the Court of its decision to not proceed with the above-captioned action at this time pursuant to Fla. Stat. § 68.083(6).  The State of Florida remains—in addition to the United States of America and other States, Commonwealths, municipalities, and the District of Columbia—the real party in interest even after the declination.  See Fla. Stat. § 68.084(3).  The State of Florida requests that it be served with all pleadings, motions, and orders filed in the action.  Id.  The State of Florida further reserves its right to order deposition transcripts and to intervene in this action, for good cause, at a later date, id; and to voluntarily dismiss the action or claim.  Fla. Stat. § 68.084(2)(a).

A proposed order accompanies this notice.

1

Respectfully submitted,

**ASHLEY MOODY**
**Attorney General**

/s/ Christopher A. Knight
Christopher A. Knight (FBN #1022342)
Assistant Attorney General
Christopher.Knight@myfloridalegal.com

Department of Legal Affairs
PL-01, The Capitol
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Counsel for State of Florida

## CERTIFICATE OF SERVICE

I hereby certify that, on this 17th day of March, 2023, a copy of the foregoing *The Attorney General's Notice of Election Not to Proceed and Request for Continued Service of Pleadings and Papers* was served on all counsel of record via this Court's CM/ECF filing system, and that I caused a copy of the foregoing motion to be served via first-class mail on all parties not registered with the Court's CM/ECF filing system.

*/s/ Christopher A. Knight*
CHRISTOPHER A. KNIGHT
Assistant Attorney General