IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
------------------------------------------------ x
UNITED STATES OF AMERICA ex rel.                 )
PAUL TERRION and JODY EBERHART, et al.,          )
                                                 )
            Plaintiffs/Relators,                 )   Case No. 1:19-cv-03581-ACR
v.                                               )
                                                 )
POINT BLANK ENTERPRISES, INC.,                   )
                                                 )
            Defendant.                           )
                                                 )
                                                 )
------------------------------------------------ x
```

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order in this case dated September 11, 2025, Relators Paul Terrion and Jody Eberhart and Defendant Point Blank Enterprises, Inc. respectfully file the following joint status report.

Pursuant to the Court's order, the parties participated in the Court Mediation Program, including a session with Court mediators on September 22, 2025. The parties were not able to resolve the case. The parties are therefore proceeding with the completion of expert discovery and dispositive motions and other filings pursuant to the schedule adopted by the Court in its Minute Order dated January 2, 2025, and appearing at page 7 of 9 of ECF No. 55.

DB1/ 163043987.1

Dated this 10th day of October, 2025

                                                                                         Respectfully,

| | |
|---|---|
| */s Noah M. Rich* | */s Brad Fagg* |
| Noah M. Rich, Bar No. 1033799 | Brad Fagg (#433645) |
| W. Scott Simmer, Bar No. 460726 | Benjamin Bhamdeo (#7686432) |
| Kenneth D. Capesius (admitted pro hac vice) | Sandra M. Formica (#7686632) |
| BARON & BUDD, P.C. | MORGAN, LEWIS & BOCKIUS LLP |
| The Watergate | 1111 Pennsylvania Ave., N.W. |
| 2600 Virginia Avenue, NW | Washington, DC 20004 |
| Suite 612 | Tel: (202) 739.3000 |
| Washington, DC 20037-1905 | Fax: (202) 739-3001 |
| nrich@baronbudd.com | brad.fagg@morganlewis.com |
| ssimmer@baronbudd.com | benjamin.bhamdeo@morganlewis.com |
| kcapesius@baronbudd.com | sandra.foirmica@morganlewis.com |
| Telephone: 202-333-4562 | |
| | Michael J. Ableson (*pro hac vice*) |
| David Cohen (admitted pro hac vice) | MORGAN, LEWIS & BOCKIUS LLP |
| COMPLEX LAW GROUP, LLC | 101 Park Avenue |
| 40 Powder Springs Street | New York, NY 10178 |
| Marietta, GA 30064 | Tel: (212) 309-6000 |
| dcohen@complexlaw.com | Fax: (212) 309-6001 |
| Phone: (770) 200-3100 | michael.ableson@morganlewis.com |
| Fax: (770) 200-3101 | |
| | Leonard K. Samuels (*pro hac vice*) |
| *Counsel for Plaintiffs/Relators* | BERGER SINGERMAN LLP |
| | 201 East Las Olas Boulevard, Suite 1500 |
| | Fort Lauderdale, FL 33301 |
| | Tel: (954) 525-9900 |
| | Fax: (954) 523-2872 |
| | LSamueals@bergersingerman.com |
| | |
| | *Counsel for Defendant Point Blank Enterprises, Inc.* |

## CERTIFICATE OF SERVICE

I certify that on October 10, 2025, I electronically filed the foregoing document(s) and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s Brad Fagg