## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

```
-----------------------------------------------    x
UNITED STATES OF AMERICA ex rel.                   )
PAUL TERRION and JODY EBERHART, et al.,            )
                                                   )
              Plaintiffs/Relators,                 )    Case No. 1:19-cv-03581-ACR
v.                                                 )
                                                   )
POINT BLANK ENTERPRISES, INC.,                     )
                                                   )
              Defendant.                           )
                                                   )
                                                   )
-----------------------------------------------    x
```

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned, of the law firm of Morgan, Lewis & Bockius LLP, is hereby entering an appearance as counsel of record for Point Blank Enterprises, Inc. in the above-captioned action.

Respectfully submitted,

Dated this 16th day of January 2026

/s/*Donald E. English Jr*
Donald E. English Jr. (#470756)
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington DC, DC 20004-2541
Tel: (202) 739-3000
Fax: (202) 739-3001
donald.english@morganlewis.com

## CERTIFICATE OF SERVICE

I certify that on January 16, 2026, a true and exact copy of the foregoing Notice of Appearance was served on all counsel of record via the court's CM/ECF system.

*/s/Donald E. English Jr*